**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN LILLO, as Personal
Representative of the Estate of
JOHN R. LILLO, JR.,

    Plaintiff,

vs.                                      CASE NO.: 3:06cv247/MCR/EMT

DARRELL A. BRUHN, et al.,

    Defendants.
_____/

**O R D E R**

    This cause originated in the Circuit Court in and for Okaloosa County, Florida, and was removed to this court on June 5, 2006.  On October 12, 2006, the court granted Plaintiff's Motion for Continuance based on the unavailability of one of the defendants.  Subsequently, the court granted Plaintiff's consented request to stay proceedings due to the continued unavailability of that defendant.[1]  The period of stay has now expired and this matter is before the undersigned on referral from the clerk.

    The parties shall confer and submit a written status report to the court regarding the availability of Defendant Ebbert and the readiness to proceed with the litigation of this cause.  The parties shall also advise the court as to the amount of time anticipated to

---

[1] During the pendency of this litigation matter, Defendant Ebbert has been on active duty with the United States Army and serving in the Iraqi theater of operations.  Though the date of his return to the United States was not certain, it was anticipated that Defendant Ebbert would return in late Summer or early Fall of 2007.

complete discovery in this matter.  The report shall be filed within ten (10) days of the date hereof.

**SO ORDERED** this 1st day of November, 2007.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**