**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STEPHEN LILLO, as Personal
Representative of the Estate of
JOHN R. LILLO, JR.,

    Plaintiff,

vs.                                  CASE NO.: 3:06cv247/MCR/EMT

DARRELL A. BRUHN, et al.,

    Defendants.
_____/

**O R D E R**

    Pursuant to the court's November 1, 2007, Order, the parties have filed a status report advising that Defendant Ebbert is not expected to return from military deployment until February 2008. The court will therefore continue the stay of all further proceedings in this cause until further order of the court. The parties shall again confer and submit a written status report to the court on or by February 15, 2008, regarding the availability of Defendant Ebbert and the readiness to proceed with the litigation of this cause. In the event Defendant Ebbert returns from military deployment prior to that time, the parties shall promptly notify the court.

    **SO ORDERED** this 14th day of November, 2007.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**