UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN LILLO, as Personal
Representative of the ESTATE
OF JOHN R. LILLO, JR.,

    Plaintiff,

vs.                          CASE NO.: 3:06cv247/MCR/EMT

DARRELL A. BRUHN, et al.,

    Defendants.
    _____/

**O R D E R**

    This court stayed all further proceedings in this matter by Order dated November 14, 2007. (Doc. 75). Consistent with that order, the parties have submitted a status report regarding their readiness to proceed with the litigation of this cause. (Doc. 89). The parties state they are ready to proceed with discovery in this matter, including depositions of the sixteen (16) named parties as well as numerous fact and potential expert witnesses, and estimate completion of discovery will take approximately eight (8) to ten (10) months. Inasmuch as this discovery period exceeds by two (2) to four (4) months the period allowed in the previously entered scheduling order (doc. 14), the parties shall be required to file a detailed bifurcated discovery plan regarding factual and expert discovery for the court's consideration in amending the prior final scheduling order. Accordingly, it is

    ORDERED that the stay is hereby LIFTED and the parties shall file a detailed bifurcated discovery plan within fifteen (15) days of the date of entry of this order.

    DONE and ORDERED this 20th day of February, 2008.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**