# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN LILLO

    VS                                CASE NO.   3:06cv247-MCR/EMT

DARRELL A BRUHN, et al

**REFERRAL AND ORDER**

Referred to Judge Rodgers on <u>10/24/2008</u>
Type of Motion/Pleading <u>MOTION FOR RECONSIDERATION (RE: COURT ORDER #129)</u>
Filed by: <u>DEFENDANT</u> on <u>10/23/08</u> Doc. No. <u>133</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                            on               Doc. No. 
                                            on               Doc. No. 

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        <u>/s/Donna Bajzik</u>
                                        Deputy Clerk: Donna Bajzik

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 31st day of October, 2008, that:

    The requested relief is GRANTED. Discovery will remain open beyond November 1, 2008, for the limited purpose of allowing Plaintiff's counsel the opportunity to depose Dr. Wetli, who shall be made available for deposition in Pensacola on or before December 1, 2008. No other pending deadlines are affected by this limited extension of the discovery period. To the extent the Final Scheduling Order establishes a deadline within a certain number of days following the close of discovery, that period continues to begin on November 1, 2008.

                                          <u>s/ *M. Casey Rodgers*</u>
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**