**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN LILLO, as Personal
Representative of the
Estate of John R. Lillo, Jr.,

    Plaintiff,

vs.                                          Case No.  3:06cv247/MCR/EMT

DARRELL A. BRUHN, et al.,

    Defendants.
_____/

**O R D E R**

On April 1, 2009, plaintiff filed a supplement to his statement of disputed facts, submitted in connection with his response to the motion for summary judgment filed by defendants. The supplement, in part, consists of numerous autopsy photographs of the decedent, John R. Lillo, Jr. (Doc. 196, Exhs. 24-91).

Due to the sensitive and private nature of these photographs, the court finds they should be sealed. The clerk is therefore directed to seal Exhibits 24-91 attached to Docket Entry # 196—and any other autopsy photographs that are now part of the record or that may become part of the record in the future—in a manner that permits the parties to view the photographs in the court's electronic docketing system but precludes the general public from doing so.

**DONE AND ORDERED** this 2nd day of April, 2009.

                                                    *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE**