IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STEPHEN LILLO, as Personal Representative of
THE ESTATE OF JOHN R. LILLO, JR.,**

       Plaintiff,

v.                                                CASE NO. 3:06cv247/MCR/EMT

**DARRELL A. BRUHN, et al.,**

       Defendants.

_____/

## ORDER OF FINAL JUDGMENT

By its orders dated September 9, 2009, and September 28, 2009, the court, on motion of several defendants and on its own motion, concluded that all defendants were entitled to qualified immunity on plaintiff's claims. Accordingly, final judgment is hereby entered in favor of defendants, with costs to be taxed against plaintiff. This action is now **DISMISSED** from the active docket of the court and the clerk is directed to close this case.

**DONE and ORDERED** this 28th day of September, 2009.

                                                               s/ *M. Casey Rodgers*
                                                             **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**